**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

EASYGROUP LTD.,

                              Plaintiff,

       -against-                                              Case No. 14-CIV-7700 (PGG)

EASYBUS, INC.,

                              Defendant.

## NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE

        Plaintiff, easyGroup Ltd., by its undersigned attorneys, hereby voluntarily dismisses this

action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:   New York, NY                    CURTIS, MALLET-PREVOST,
         January 7, 2015                     COLT & MOSLE LLP


                                         By: _____*/s/Turner P. Smith*_____
                                               Turner P. Smith (TS 8052)
                                               Michael R. Graif (MG 4795)
                                               Nicole M. Mazanitis (NM 1983)
                                         101 Park Avenue
                                         New York, NY 10178
                                         Tel.:  (212) 696-6000

                                         *Attorneys for Plaintiff*