UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASYGROUP LTD.,

                      Plaintiff,

    -against-

EASYBUS, INC.,

                      Defendant.

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/15

Case No. 14-CIV-7700 (PGG)

## NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE

Plaintiff, easyGroup Ltd., by its undersigned attorneys, hereby voluntarily dismisses this action with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated: New York, NY
       January 7, 2015

CURTIS, MALLET-PREVOST,
   COLT & MOSLE LLP

By: _____/s/Turner P. Smith_____
    Turner P. Smith (TS 8052)
    Michael R. Graif (MG 4795)
    Nicole M. Mazanitis (NM 1983)
101 Park Avenue
New York, NY 10178
Tel.: (212) 696-6000

*Attorneys for Plaintiff*

**SO ORDERED:**

_/s/ Paul A. Gardephe_
**Paul G. Gardephe, U.S.D.J.**
Dated: Jan. 13, 2015